Brooke A. Reno, SBN 324157
breno@renolegalgroup.com
**RENO LEGAL GROUP**
2712 Loker Avenue West #1155
Carlsbad, CA  92010
Telephone:   (209) 531-3137

Attorneys for Plaintiff
JOHN GONZALES

Dennis J. Walsh, Esq. (SBN 106646)
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 715
Encino, CA 91436
Tel: (818) 986-1776 | Fax: (818) 382-2064
Email: dwalsh@walshlawyers.com

Attorneys for Defendant
PASADENA AREA COMMUNITY COLLEGE DISTRICT
(erroneously named "The Pasadena City College District")

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GONZALES, <br><br>                Plaintiff, <br><br>        vs. <br><br> THE PASADENA CITY COLLEGE DISTRICT, a public entity and/or municipal corporation; and DOES 1–10, <br><br>                Defendants. | Case No. 2:25-cv-02362 FMO (ASx) <br><br> **ORDER ON JOINT STIPULATION [26] TO REMAND ACTION TO STATE COURT** <br><br> **Judge: Hon. Fernando M. Olguin** <br><br> **Courtroom: 6D, First Street Courthouse** |

 The Court, having considered the parties joint stipulation to remand this case back to State court and good cause appearing,

 **IT IS HEREBY ORDERED THAT**:

1. This action is remanded to the Superior Court of California, County of Los Angeles, Case No. 25NNCV00840, pursuant to 28 U.S.C. § 1447(c).

2. The Clerk of the Court shall transmit a certified copy of this Order to the Clerk of the Los Angeles County Superior Court forthwith.

3. Upon remand, Plaintiff's Second Amended Complaint shall be deemed the operative pleading in the state court proceedings.

4. All deadlines in this Court are vacated as moot.

**IT IS SO ORDERED.**

Dated: November 4, 2025      /s/ Fernando M. Olguin
**U.S. DISTRICT JUDGE**